IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-cr-00523-PAB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  NATHAN DANIEL LARSON,

     Defendant.

_____

### MINUTE ORDER
_____

**Order Entered by Judge Philip A. Brimmer**

     This matter comes before the Court on defendant's Motion to Determine Competency and Insanity of the Defendant [Docket No. 12].  It is

     ORDERED that a hearing on defendant's motion [Docket No. 12] is set for **Friday January 23, 2009 at 2:00 p.m.** in Courtroom A601 before Judge Philip A. Brimmer.

     Dated January 16, 2009.